**Eric L. SPANN, Petitioner–Appellant,**

v.

**Colie L. RUSHTON, Warden at McCormick Correctional Institution; Charles Molony Condon, Attorney General of the State of South Carolina, Respondents–Appellees.**

No. 02–6928.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 18, 2002.

Decided Nov. 7, 2002.

Eric L. Spann, Appellant Pro Se. Samuel Creighton Waters, Office of the Attorney General of South Carolina, Columbia, South Carolina, for Appellees.

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Eric L. Spann seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and conclude that Spann has not made a substantial showing of the denial of a constitutional right. *See Spann v. Rushton,* No. CA–01–3505 (D.S.C. Apr. 2, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*